MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95115
Telephone: (408) 535-5054
FAX: (408) 535-5061
E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12 – 0808 DLJ (handwritten: 5:15mj70855 MAG) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| RESAT OTUS NURI,<br>aka Otus Resat Nuri,<br>aka Resat Nuri Otus,<br>aka Nuri Resat Otus,<br>aka Resat,<br>aka Otus,<br>aka Nuri, | |
| Defendant. | |

WHEREAS, defendant RESAT OTUS NURI has been charged with a violation of 18 U.S.C. § 1343, wire fraud;

WHEREAS, this matter is scheduled to come before the Court for preliminary hearing or arraignment on an indictment on Friday, July 24, 2015;

WHEREAS, the parties are in discussions regarding the merits of the underlying investigation relative to a possible disposition of this matter short of indictment, such that defense counsel has

determined that it is in the defendant's best interest to waive time under both Rule 5.1 of the Federal Rules of Criminal Procedure as well as the Speedy Trial Act, in order to allow such discussions to continue;

Accordingly, the parties mutually agree and hereby stipulate that a continuance of this matter from July 24, 2015, until October 23, 2015, is necessary for effective preparation of counsel and for continuity of counsel.

The parties therefore hereby agree and stipulate that the time from July 24, 2015, until October 23, 2015, may be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including October 23, 2015, based on the need for effective preparation of counsel and continuity of counsel.

**IT IS SO STIPULATED.**

Dated: July 20, 2015

/s/
TIMOTHY LUCEY
Assistant United States Attorney

Dated: July 20, 2015

/s/
LEE H. RUBIN, ESQ.
Attorney for Defendant

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING** and pursuant to the parties' stipulation, the Court enters this order continuing the date for a preliminary hearing or arraignment on an indictment, from Friday, July 24, 2015, until Friday, October 23, 2015, before the duty magistrate, as well as documenting the

defendant's waiver of the time to conduct a preliminary hearing under Federal Rule of Criminal Procedure Rule 5.1, as well as the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 24, 2015, up to and including October 23, 2015, based on the need for effective preparation and continuity of counsel.

**IT IS SO ORDERED.**

DATED: 7/21/15

HON. HOWARD R. LLOYD
United States Magistrate Judge